WHITE v. JONES

No. 74P93

Case below: 108 N.C.App. 786

Petition by defendants (Rollins and Moore) for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993. Petition by defendants (Bank & Brandon) for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993.